**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CAILA R. FROLING,

        Plaintiff,

v.                                                 Case No:   6:22-cv-2064-WWB-LHP

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant

---

**ORDER**

On March 16, 2023, the Court issued an Order to Show Cause to Plaintiff for failure to timely file her Brief in this Social Security case. Doc. No. 10. Plaintiff has timely responded, by both motion asking the Court accept her Brief as timely filed and with explanation for the failure to timely submit it. Doc. Nos. 11, 12. To the extent that Plaintiff's filings are a motion, however, the motion fails to comply with Local Rule 3.01(g), and is therefore due to be **DENIED without prejudice**. However, upon consideration of Plaintiff's representations in the filings, the Order to Show Cause (Doc. No. 10) is **DISCHARGED**, and the Court will *sua sponte* accept Plaintiff's Brief (Doc. No. 13) as timely filed. Counsel is reminded of the obligation to comply with all Federal Rules of Civil Procedure, Local Rules of this Court, and

Court Orders. Moreover, as counsel appears to recognize, the responsibility for ensuring that all deadlines are met lies with counsel – blaming support staff is not an acceptable excuse.

**DONE** and **ORDERED** in Orlando, Florida on April 3, 2023.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties