**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CAILA R. FROLING,

        Plaintiff,

v.                                              Case No:   6:22-cv-2064-WWB-LHP

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant

---

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **AMENDED MOTION FOR AWARD OF ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT 28 U.S.C. § 2412(d) (Doc. No. 25)**
>
> **FILED:** **January 25, 2024**
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

Plaintiff moves for the Court to award attorney's fees to the Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  Doc. No. 25.  According to

the Local Rule 3.01(g) certification, Plaintiff's counsel unsuccessfully attempted to confer with the opposing party, but attested she would "continue to reach out to the opposing party pursuant to Local Rule 3.01(g)(3) and supplement this motion with a statement within 3 business days of this motion."  *Id.*, at 3.  No such supplemental conferral certification has been filed.  *See* Local Rule 3.01(g)(3) (providing that if the opposing party is unavailable for a conference prior to filing a motion, the movant must diligently attempt contact for three days, and upon contact or expiration of the three-day period, the movant must file a supplement to the motion, and that failure to supplement can result in the denial of a motion without prejudice).  Accordingly, the above-styled motion (Doc. No. 25) is **DENIED without prejudice**.

    **DONE** and **ORDERED** in Orlando, Florida on February 1, 2024.

_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties